John Sawin (Illinois Bar. No. 6227112)
SAWIN LAW LTD.
55 West Wacker Drive, Suite 900
Chicago, Illinois 60601
Tel. 312.853.2490
Facsimile 312.327.7072
jsawin@sawinlawyers.com
*Attorney for Plaintiff Ronald Pawelko*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | **MDL 2672 CRB (JSC)** <br> **15-MD-2672** |
| | **PLAINTIFF RONALD PAWELKO'S RULE 41 NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| This Document Relates to: <br> *Ronald Pawelko v. Volkswagen Group of America, Inc. & Volkswagen Aktiengesellschaft:* 3:15-cv-5931-CRB | The Honorable Charles R. Breyer |

PLAINTIFF, Ronald Pawelko, by and through his undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses his claims in the above-referenced action WITH PREJUDICE, and without fees or costs to either party.

Respectfully Submitted,

Dated: April 8, 2019

**RONALD PAWELKO**

By:   */s/John Sawin*
John Sawin (Illinois Bar. No. 6227112)
SAWIN LAW FIRM, LTD.
55 West Wacker Drive, Suite 900
Chicago, Illinois 60601
Tel. 312.853.2490
Facsimile 312.327.7072
jsawin@sawinlawyers.com
*Attorney for Plaintiff Ronald Pawelko*

PLAINTIFF RONALD PAWELKO'S RULE 41 NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
MDL No. 2672 – Case No. 3:15-md-02672-CRB///Individual Case No. 3:15-cv-5931-CRB

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2019, I electronically filed the foregoing using the CM/ECF system, which will provide electronic service notification to all counsel of record.

By:    */s/John Sawin*
John Sawin (Illinois Bar. No. 6227112)
SAWIN LAW LTD.
55 West Wacker Drive, Suite 900
Chicago, Illinois 60601
Tel. 312.853.2490
Facsimile 312.327.7072
jsawin@sawinlawyers.com
*Attorney for Plaintiff Ronald Pawelko*

PLANTIFF RONALD PAWELKO'S RULE 41 NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
MDL No. 2672 – Case No. 3:15-md-02672-CRB///Individual Case No. 3:15-cv-5931-CRB